UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VECTOR MEDIA GROUP, INC.,

                Petitioner,

-v-

MYLOCKER.COM, LLC, et al.,

                Respondents.

CIVIL ACTION NO.: 20 Civ. 5642 (JSR) (SLC)

## SCHEDULING ORDER

**SARAH L. CAVE,** United States Magistrate Judge.

This matter having been referred to the undersigned to conduct an inquest and issue a report and recommendation concerning Plaintiff's attorney's fees and costs (ECF No. 16), it is hereby **ORDERED** that:

By **October 16, 2020**, Plaintiff shall file a brief letter outlining its request for attorneys' fees and costs, accompanied by the attached Attorneys' Fees and Costs Charts. Plaintiff must support all factual assertions and requests with evidentiary material.

Dated:     New York, New York
            September 16, 2020

                                      SO ORDERED

                                      _____
                                      SARAH L. CAVE
                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VECTOR MEDIA GROUP, INC.,

                        Petitioner,

-v-

MYLOCKER.COM, LLC, et al.,

                        Respondents.

CIVIL ACTION NO.: 20 Civ. 5642 (JSR) (SLC)

**Attorneys' Fees and Costs Submission**

| **Requested Attorneys' Fees** | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL**: | |

| **Requested Costs** | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL**: | |