USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
VECTOR MEDIA GROUP, INC.,                    :
:
                Plaintiff,                         :
:      20-CV-5642 (JPC)
      -v-                                         :
:      NOTICE OF
MYLOCKER.COM, LLC and ALL AMERICAN :    REASSIGNMENT
MANUFACTURING AND SUPPLY,                    :
:
                Defendants.                        :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.

    SO ORDERED.

Dated: October 13, 2020
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge