```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                 :
VECTOR MEDIA GROUP, INC.,                :
                 :
                 *Petitioner*,    :
                 :   Case No. 1:20-cv-05642(JSR)
    - against -                                     :
                 :   **JUDGMENT**
MYLOCKER.COM, LLC, d/b/a                 :
MYLOCKER.NET, and ALL AMERICAN      :
MANUFACTURING AND SUPPLY,          :
                 :
                 *Respondents*.  :
                 :
------------------------------------------------------------------X

        Petitioner, Vector Media Group, Inc. ("Vector"), having commenced this action on May 26, 2020 by way of a Verified Petition in the Supreme Court of the State of New York, County of New York, and this action having been removed to this Court on July 21, 2020 by way of a Notice of Removal filed by Respondents MyLocker.Com, L.L.C. d/b/a My Locker.Net ("MyLocker") and All Americanlook, Inc. a/k/a All American Manufacturing and Supply ("All American") (Dkt. No 1) under the above caption, and the Verified Petition seeking to confirm the Arbitration Award dated March 17, 2020 and for entry of judgment against Respondents for non-payment of invoices for services rendered by Vector under the parties' contract; and the issues having been duly presented, and the Court (Hon. Jed S. Rakoff, U.S.D.J.) having, after due deliberation, issued a Memorandum Order on September 8, 2020 granting Vector's Verified Petition to confirm the Arbitration Award and granting Vector's request for post-judgment interest at the statutorily specified rate (Dkt. No. 15);

        NOW, it is

2

**ADJUDGED** that Petitioner Vector Media Group, Inc., a New York corporation with a place of business at 99 Madison Avenue, 10th Floor, New York, New York 10016, does recover of Respondent All Americanlook, Inc. a/k/a All American Manufacturing and Supply, a Pennsylvania corporation with a principal place of business located at 495 E. Erie Ave., Philadelphia, Pennsylvania 19134, the sum of Seven Thousand Two Hundred Ten Dollars and Nineteen Cents ($7,210.19), plus post-judgment interest thereon at the statutory rate, in accordance with 28 U.S.C. § 1961, from the date judgment is entered until the date judgment is paid.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Judgment against Respondent All Americanlook, Inc. a/k/a All American Manufacturing and Supply forthwith and without further notice.

SO ORDERED.

Date: December 14, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge